# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| LINDA KUSS, | ) |
| | ) |
| Plaintiff, | ) |
| | )    **2:12-cv-436** |
| v. | ) |
| | ) |
| PORTAGE TOWNSHIP SCHOOL | ) |
| CORPORATION, AND PORTAGE | ) |
| TOWNSHIP BOARD OF SCHOOL | ) |
| TRUSTEES, | ) |
| | ) |
| Defendants. | ) |

## OPINION AND ORDER

Defendants Portage Township School Corporation and Portage Township Board of School Trustees (hereinafter "School Defendants") have asked (Docket Entry 49) to redesignate a subsection in their "Appendix -- School's Statement of Undisputed Facts" in their "Designation of Evidence in Support of Its (*sic*) Response to Plaintiff's Motion for Summary Judgment." (DE 40.) Specifically, it appears that School Defendants want to change subsection B (I do not presently see a subsection A, but that doesn't prevent me from reviewing the substance of the section), originally entitled "Errors in Plaintiff's Facts," as "Statement of Genuine Dispute." In the title of the motion and later in the motion Defendants instead indicate they want to call the subsection "Statement of Genuine Disputes," and Local Rule 56-1 suggests the latter title, so I will take the Defendants' motion as one to redesignate subsection B (DE 40 at 16) as "Statement of Genuine Disputes." As I noted in a previous order addressing a previous motion by School Defendants to redesignate a section in this same previous filing, School Defendants may file an appendix, and they may title sections as they see fit. Therefore, and for

the sake of clarity with respect to the requirements of the Local Rules, I hereby **GRANT Defendants' Motion (DE 49)** to redesignate a subsection in DE 40 called "Errors in Plaintiff's Facts" as "Statement of Genuine Disputes."

I also note that the docket is becoming cluttered and confused with filings that would have been unnecessary had the Local Rules and initial filings been more carefully reviewed, and Court personnel are spending time on various filings to fix these errors. The discussion above on the motion at hand demonstrates the convolutions in the docket. I advise the parties against continuing to do file in this manner because it wastes Court resources and obfuscates the docket, the case, and the motions therein.

**SO ORDERED.**

ENTERED: January 13, 2014

/s/ Philip P. Simon
**PHILIP P. SIMON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**