UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| LINDA KUSS, )<br>)<br>        Plaintiff, )<br>)<br>  v. )<br>)<br>PORTAGE TOWNSHIP SCHOOL )<br>CORPORATION, AND PORTAGE )<br>TOWNSHIP BOARD OF SCHOOL )<br>TRUSTEES, )<br>)<br>        Defendants. ) | 2:12-cv-436 |

## OPINION AND ORDER

Defendants Portage Township School Corporation and Portage Township Board of School Trustees (hereinafter "School Defendants") have asked to present oral argument (Docket Entry 50) on the parties' cross motions for summary judgment. (DE 23, DE 27.) The motion indicates that Plaintiff Kuss does not oppose the motion. I also agree that hearing oral argument in this case would assist my determination on the pending motions for summary judgment, so I hereby **GRANT School Defendants' motion for oral argument. (DE 50.) Counsel for the parties are ordered to appear before me for oral argument on their cross motions for summary judgment on February 7, 2014 at 10 a.m. CST (Hammond time).**

School Defendants have also moved to continue the trial from March 17, 2014 to avoid having to prepare for trial before knowing the outcome of the summary judgment motions, which will bear on the issues to be addressed at trial, and whether there will be a trial at all. However, trial is still over two months away, and the motion to continue indicates that Plaintiff Kuss's counsel objects to the continuance. **The motion to continue (DE 51) is therefore taken under**

**advisement, and my decision on it is STAYED pending the oral argument scheduled in this order.**

SO ORDERED.

ENTERED: January 13, 2014

/s/ Philip P. Simon
**PHILIP P. SIMON, CHIEF JUDGE
UNITED STATES DISTRICT COURT**